## FIRESTONE et al. v. ÆTNA INDEMNITY CO.

### (Supreme Court, Appellate Term. April 8, 1910.)

APPEAL AND ERROR (§ 657*)—RECORD—RETURN TO TRIAL COURT.

The court, on appeal from a judgment on an indemnity bond given by defendant on a writ of replevin, will direct the return of the case to the court below, so that the order vacating the writ and the papers on which it was granted offered in evidence may be made a part of the return to the court on appeal.

[Ed. Note.—For other cases, see Appeal and Error, Cent. Dig. § 2831; Dec. Dig. § 657.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by Charles Firestone and another against the Ætna Indemnity Company. From a judgment for plaintiffs, rendered in the Municipal Court, defendant appeals. Cause returned to the court below for the completion of the record.

Argued before SEABURY, LEHMAN, and GAVEGAN, JJ.

F. H. Cowden, for appellant.

Firestone & Silver, for respondents.

GAVEGAN, J. The judgment was had upon an indemnity bond,. which was given by the defendant upon a writ of replevin. The writ was subsequently vacated by the court below, and, although the order vacating the writ and the papers upon which it was granted were offered in evidence, they are not in the return before this court, and without them it is impossible for this court to intelligently decide the appeal.

We direct, therefore, that the case be returned to the court below,. and that the return be completed and presented to the court at the next term. All concur.